UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**JEROME JACKSON SR ET AL**             **CASE NO.  2:21-CV-03263**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**APACHE CORP (OF DELAWARE) ET AL**     **MAGISTRATE JUDGE KAY**

### JUDGMENT

The Report and Recommendation [doc. 26] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's Motion to Remand [doc. 16] is DENIED.

IT IS FURTHER ORDERED that defendants H.L. HAWKINS & H.L. HAWKINS, JR., INC. and INTERNATIONAL WELL TESTERS, INC. be dismissed from this action without prejudice.

**THUS DONE AND SIGNED** in Chambers on the 7th day of October, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**